

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

$1,608.00 in U.S. Currency and 2008
Mazda, VIN 1YVHP80C385M37457,
Appellants

No. 06-14-00084-CV      v.

The State of Texas, Appellee

Appeal from the 6th District Court of
Lamar County, Texas (Tr. Ct. No. 83560).
Memorandum Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Moseley participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 31, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk